# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| FORREST ALBIN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 6:20-cv-03004-BP |
| RESORT SALES MISSOURI, INC., et al., | ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 6th day of April 2022, the parties herein having filed a Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice against Defendants.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: April 7, 2022